UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

JUNE BIEBER, as Personal Representative
of the Estate of Dale Bieber

  PLAINTIFF          JUDGMENT IN A CIVIL CASE

VS

CUMMINGS MARINE SERVICE       CASE NO: 2:07-cv-2353-V

  DEFENDANT

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Approving Settlement Authorizing Distribution Of Proceeds and For Dismissal, entered on January 30, 2009, the settlement in the amount of One Hundred Thousand dollars ($100,000.00) is approved, to include all costs, interest and attorney fees. All claims against the defendant shall be dismissed with prejudice and without costs, pursuant to FRCP 41(b).

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

| February 6, 2008 | Thomas M. Gould |
|---|---|
| Date | Clerk of Court |

             s/Betty Guy
             (By) Deputy Clerk